UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

GREGORY P. NIES, DIANE S. NIES, )
GEORGE M. TEDERICK, MARIA TEDERICK, )
JOHN M. FOSTER, BARBARA T. FOSTER and )
GREGORY A. WATTS and JUDY SWINK )
WATTS, individually and as trustees of the )
Judy Swink Watts trust, )
       Plaintiffs, )
        ) **JUDGMENT IN A CIVIL CASE**
   v. ) **CASE NO. 4:12-CV-10-F**
        )
TOWN OF EMERALD ISLE, a North Carolina )
Municipality, )
       Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Town of Emerald Isle is hereby ORDERED to pay Mr. Hornick's law firm, The Brough Law Firm, $4,475.00.

**This Judgment Filed and Entered on May 1, 2013, and Copies To:**

Robert E. Hornik, Jr. (via CM/ECF Notice of Electronic Filing)
Brian E. Edes (via CM/ECF Notice of Electronic Filing)
J. David Breemer (via CM/ECF Notice of Electronic Filing)
Jeanette Doran (via CM/ECF Notice of Electronic Filing)

DATE                                 JULIE A. RICHARDS, CLERK
May 1, 2013                   /s/ Susan K. Edwards
                                        (By) Susan K. Edwards, Deputy Clerk